IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SOUTHERN NAZARENE UNIVERSITY; (2) OKLAHOMA WESLEYAN UNIVERSITY; (3) OKLAHOMA BAPTIST UNIVERSITY; and (4) MID-AMERICA CHRISTIAN UNIVERSITY, | ) ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | |
| (1) KATHLEEN SEBELIUS, in her official capacity as Secretary of the United States Department of Health and Human Services; (2) THOMAS E. PEREZ, in his official capacity as Secretary of the United States Department of Labor; (3) JACOB J. LEW, in his official capacity as Secretary of the United States Department of the Treasury; (4) UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; (5) UNITED STATES DEPARTMENT OF LABOR; and (6) UNITED STATES DEPARTMENT OF THE TREASURY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 5:13-cv-01015-F |
| *Defendants.* | ) ) | |

## PLAINTIFFS' UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Plaintiffs Southern Nazarene University, Oklahoma Wesleyan University, Oklahoma Baptist University, and Mid-America Christian University (the Universities) respectfully move for an extension of time to file their opposition to Defendants' motion

to dismiss or, in the alternative, for summary judgment.  In support of this motion, the Universities state as follows:

1.      On December 17, 2013, Defendants moved to dismiss the Universities' claims. In the alternative, they moved for summary judgment on all the Universities' claims.  (ECF No. 26).

2.      The Universities' opposition to Defendants' motion is currently due on January 8, 2014.

3.      The Universities have not filed any prior motions for extension of time to file their opposition to Defendants' motion.

4.      The undersigned is also lead counsel in *Louisiana College v. Sebelius*, No. 1:12-cv-0463 (W.D. La.), *Geneva College v. Sebelius*, No. 2:12-cv-0207 (W.D. Pa.) and *Grace Schools v. Sebelius*, No. 3:12-cv-0459 (N.D. Ind.), all of which have required significant investments of time in the days and weeks preceding the January 8 deadline for the Universities' opposition to the Defendants' motion to dismiss.

5.      Counsel for Defendants have consented to the Universities' request for an extension of time to file.

6.      Granting the Universities' motion will not affect any other existing deadlines.

WHEREFORE, Plaintiffs Southern Nazarene University, Oklahoma Wesleyan University, Oklahoma Baptist University, and Mid-America Christian University, respectively request that this Court issue an order extending the Universities' deadline for responding to Defendants' motion to dismiss or, in the alternative, for summary judgment to January 22, 2014.

Respectfully submitted this 3rd day of January, 2014.

*/s/Gregory S. Baylor*

Gregory S. Baylor (Texas Bar No. 01941500)
Matthew S. Bowman* (DC Bar No. 993261)
ALLIANCE DEFENDING FREEDOM
801 G Street, NW, Suite 509
Washington, DC 20001
(202) 393-8690
(202) 347-3622 (facsimile)
gbaylor@alliancedefendingfreedom.org
mbowman@alliancedefendingfreedom.org

David A. Cortman* (Georgia Bar No. 188810)
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road, NE, Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
(770) 339-6744 (facsimile)
dcortman@alliancedefendingfreedom.org

Kevin H. Theriot (Kansas Bar No. 21565)
ALLIANCE DEFENDING FREEDOM
15192 Rosewood
Leawood, KS 66224
(913) 685-8000
(913) 685-8001 (facsimile)
ktheriot@alliancedefendingfreedom.org

John Paul Jordan (Bar No. 22613)
THE JORDAN LAW FIRM
1703 Professional Circle, Suite 501-A
Yukon, OK 73099
(405) 222-8721
(877) 335-5521
jp@jpjordanlaw.com

*Attorneys for Plaintiffs*


*Motions for *pro hac vice* admission to be submitted

### CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.


*s/ Gregory S. Baylor*