FILED
United States Court of Appeals
Tenth Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**October 23, 2017**

_____

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| SOUTHERN NAZARENE UNIVERSITY; OKLAHOMA WESLEYAN UNIVERSITY; OKLAHOMA BAPTIST UNIVERSITY; MID-AMERICA CHRISTIAN UNIVERSITY,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>THOMAS PRICE, in his official capacity as Secretary of the United States Department of Health and Human Services; EDWARD HUGLER, Acting Secretary of the United States Department of Labor; STEVEN MNUCHIN, in his official capacity as Secretary of the United States Department of the Treasury; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>    Defendants - Appellants.<br><br>-------------------------------<br><br>AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF OKLAHOMA; AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE,  LIBERTY, LIFE AND LAW FOUNDATION; THE ASSOCIATION OF GOSPEL RESCUE MISSIONS; ASSOCIATION OF CHRISTIAN SCHOOLS INTERNATIONAL; PRISON | No. 14-6026<br>(D.C. No. 5:13-CV-01015-F)<br>(W.D. Okla.) |

| | |
|---|---|
| FELLOWSHIP MINISTRIES; NATIONAL ASSOCIATION OF EVANGELICALS; ETHICS & RELIGIOUS LIBERTY COMMISSION OF THE SOUTHERN BAPTIST CONVENTION; THE LUTHERAN CHURCH - MISSOURI SYNOD; AMERICAN BIBLE SOCIETY; INSTITUTIONAL RELIGIOUS FREEDOM ALLIANCE; CHRISTIAN LEGAL SOCIETY,<br><br>    Amici Curiae. | |

———————————————

**ORDER**

———————————————

Before **MATHESON**, **McKAY**, and **BALDOCK**, Circuit Judges.

———————————————

This matter is before us on Appellants' *Motion for Voluntary Dismissal* filed October 6, 2017. The motion states that Appellants had not determined Appellees' position on the relief requested in the motion prior to its filing. The time for Appellees to file a response to the motion has now expired, and no response has been filed. *See* Fed. R. App. P. 27(a)(3) and 10th Cir. R. 27.3(A)(1). Accordingly, Appellants' motion is deemed unopposed.

In light of the foregoing, Appellants' *Motion for Voluntary Dismissal* is GRANTED, and this matter is dismissed pursuant to Fed. R. App. P. 42(b). A copy of

this order shall stand as and for the mandate of this court.

Entered for the Court,

ELISABETH A. SHUMAKER, Clerk

by: Chris Wolpert
    Chief Deputy Clerk